UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WHO DAT?, INC., | * | CIVIL ACTION NO. 3:10-cv-02296 |
| | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VERSUS | * | JUDGE BERRIGAN |
| | * | |
| NFL PROPERTIES LLC; NEW ORLEANS LOUISIANA SAINTS, LLC; THE SECRETARY OF STATE OF LOUISIANA, and THE STATE OF LOUISIANA . | * * * * * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## *EX PARTE* MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Defendants, NFLP Properties, LLC ("NFLP") and the New Orleans Louisiana Saints, LLC ("Saints") (collectively, the "NFL Parties") respectfully move this Court for leave to file the attached Reply Memorandum in Support of Motion to Dismiss. Plaintiff, Who Dat?, Inc. ("WDI") filed an opposition to the motion to dismiss and concurrently a proposed Second Amended Complaint that have raised several issues. The NFL Parties' reply will assist the Court in analyzing the issues presented by the motion to dismiss, especially since the Court has not scheduled oral argument on the pending motion.

Respectfully submitted,

*/s/ Lesli D. Harris*
Phillip A. Wittmann, 13625 (T.A.)
Michael Q. Walshe, Jr., 23968
Lesli D. Harris, 28070
Agnieszka A. McPeak, 31259

1028740v.1

STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200

AND

Jerre B. Swann
Christopher P. Bussert
James H. Sullivan, Jr.
KILPATRICK STOCKTON, LLP
Suite 2800
100 Peachtree Street
Atlanta, Georgia 30309-4528
Telephone: (404) 815-6500

Attorneys for Defendants,
NFL Properties LLC and
the New Orleans Louisiana Saints, LLC

## CERTIFICATE

I hereby certify that on August 30, 2010 a copy of the foregoing Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Lesli D. Harris*

1028740v.1