UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WHO DAT YAT CHAT, LLC | * | CIVIL ACTION NO. 2:10-cv-01333 |
| | * | (Lead Case) |
| Plaintiff, | * | c/w CIVIL ACTION NO. 2:10-cv-2296 |
| | * | (Applicable Case) |
| VERSUS | * | |
| | * | JUDGE BARBIER |
| WHO DAT? INC. | * | |
| | * | MAGISTRATE JUDGE |
| Defendant. | * | KAREN WELLS ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Pursuant to Rule 41(a)(2) and Rule 41(c) of the Federal Rules of Civil Procedure, on January 19, 2012, Plaintiff/Counterclaim Defendant Who Dat?, Inc. ("WDI"), on the one hand, and Defendants/Counterclaim Plaintiffs NFL Properties LLC and New Orleans Louisiana Saints, LLC and Counterclaim Plaintiff the National Football League (collectively, the "NFL Parties"), on the other hand, filed a Joint Motion for Voluntary Dismissal of Claims as Between WDI and the NFL Parties (Rec. Doc. 171).  Accordingly,

**IT IS HEREBY ORDERED** that said Motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that (1) all unadjudicated claims brought by WDI against the NFL Parties in the instant action are dismissed with prejudice; (2) all counterclaims brought by the NFL Parties against WDI are dismissed with prejudice; and (3) WDI and the NFL Parties shall each bear its own attorney's fees, costs, and expenses in connection with the action and dismissal granted herein.

New Orleans, Louisiana, this the  31st  day of        January       , 2012.

_____
United States District Judge