UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WHO DAT YAT CHAT, LLC.** | CIVIL ACTION |
| **VERSUS** | NO: 10-1333 C/W<br>10-2296 |
| **WHO DAT?, INC.** | SECTION: "J" (4) |

### ORDER OF PARTIAL DISMISSAL

Considering Who Dat?,Inc.'s and Fleurty Girl, LLC's **Joint Motion and Stipulation for Voluntary Dismissal (Rec. Doc. 391)**,

**IT IS ORDERED** that this action is hereby **DISMISSED** with prejudice, with each party to bear its own costs, as to all claims and counterclaims between Who Dat?, Inc. and Fleurty Girl, LLC <u>only</u>, **reserving all claims asserted by and between Who Dat?, Inc., Storyville Apparel, L.L.C., Liquid Ventures Incorporated, Monogram Express, and Who Dat Yat Chat, L.L.C.** Parties reserve the right upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The effectiveness of the parties' joint stipulation is expressly contingent on the Court's signature and the entry of this Order.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction for all purposes, including implementation, enforcement, construction,

or interpretation of the settlement agreement entered into by the parties.

**COUNSEL ARE REMINDED THAT, if witnesses have been subpoenaed, <u>EVERY</u> <u>WITNESS</u> MUST be notified by counsel not to appear.**

New Orleans, Louisiana, this 3rd day of August, 2012.

_____
**UNITED STATES DISTRICT JUDGE**